UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO: 8:98–cr-251-RAL-1

GARLAND WAYNE CARR, JR.
_____/

**O R D E R**

Upon due consideration, it is ordered and adjudged that Defendant's Motion to Reopen in Light of <u>Lafler v. Cooper</u>[, ___ U.S. ___, 132 S.Ct. 1376, 182 L.Ed.2d 398 (2012)] and <u>Missouri v. Frye</u>[, ___ U.S. ___, 132 S.Ct. 1399, 182 L.Ed.2d 379 (2012)] New Supreme Court Applied Retroactively (Dkt. 175) is denied because the Eleventh Circuit Court of Appeals has recently held that these Supreme Court decisions did not announce a new rule of constitutional law.  See <u>In re Perez</u>, 682 F.3d 930 (11th Cir. 2012).

**DONE AND ORDERED** at Tampa, Florida, on August 3, 2012.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA
UNITED STATES DISTRICT JUDGE**

<u>**COPIES FURNISHED TO**</u>:
Counsel of Record
Defendant, *pro se*